# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
77 MAP 2016

| | | |
|---|---|---|
| OFFICE OF ADMINISTRATION AND PENNSYLVANIA STATE POLICE, | : | No. 76 MAL 2016 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| STATE EMPLOYEES' RETIREMENT BOARD, | : | |
| | : | |
| Respondent | : | |
| BRUCE A. EDWARDS, JOSESPH R. KOVEL, JOSEPH E. SARKIS, PA STATE TROOPERS ASSOCIATION, | : | |
| | : | |
| Intervenors | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as framed by Petitioners, is as follows:

   Did [the] Commonwealth Court erroneously affirm the decision of the State Employees' Retirement Board that union stipends, paid to union officers to work exclusively for the union, are retirement-covered compensation, when that decision was clearly contrary to the mandates of the State Employees' Retirement Code and inconsistent with decisions of this Honorable Court?